# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BOYLE, | CASE NO. 1:12-cv-00954-SMS |
| Plaintiff, | |
| v. | ORDER AUTHORIZING SERVICE OF COMPLAINT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On July 17, 2012, Plaintiff Dennis Boyle submitted an amended complaint in this matter. The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

Dated:   July 24, 2012             /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

1