1 | BENJAMIN B. WAGNER
United States Attorney
2 | GRACE M. KIM
Regional Chief Counsel, Region IX
3 | Social Security Administration
BEN A. PORTER, WSBN 14195
4 | Special Assistant United States Attorney
    Social Security Administration
5 |     160 Spear Street, Suite 800
    San Francisco, California 94105
6 |     Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
7 |     E-Mail: Ben.Porter@ssa.gov

8 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DENNIS BOYLE, | CIVIL NO. 1:12-CV-00954-SMS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from May 13, 2013 to June 12, 2013. Any reply by Plaintiff will be due June 22, 2013.

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: May 7, 2013

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Ben A. Porter
BEN A. PORTER
Special Assistant U.S. Attorney

Dated: May 7, 2013

/s/ Steven G. Rosales
(As authorized via telephone)
Steven G. Rosales
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED:**

Dated: 5/7/2013

/s/ SANDRA M. SNYDER
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge