BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8979
    Facsimile:  (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DENNIS BOYLE, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 1:12-CV-00954-SMS <br><br> AMENDED STIPULATION AND ORDER TO EXTEND TIME |

    This Amended Stipulation and Proposed Order to Extend Time is intended to replace Document Number 23 in the above encaptioned case to correct date of the document.  The parties, through their respective counsel, stipulate, subject to the approval of the court, to extend the time for Defendant to file Defendant's Opposition to Plaintiff's Opening Brief from June 12, 2013 to July 12, 2013.  Any reply by Plaintiff will be due July 22, 2013.

    Defendant's second extension of time is needed in order to allow the parties to continue to pursue settlement of this matter.  Counsel apologizes to the court for any inconvenience this may cause the court.

///

Respectfully submitted,

Dated: June 11, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Ben A. Porter
BEN A. PORTER
Special Assistant U.S. Attorney

Dated: June 11, 2013

/s/ Steven G. Rosales
(As authorized via telephone)
Steven G. Rosales
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED:**

Dated: 6/12/2013

/s/ SANDRA M. SNYDER
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge