Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Dennis Boyle

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BOYLE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:12-CV-00954-SMS<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Dennis Boyle be awarded attorney fees and expenses in the amount of FOUR THOUSAND FOUR

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

HUNDRED dollars ($4,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Dennis Boyle, the government will consider the matter of Dennis Boyle's assignment of EAJA fees to Steven G. Rosales. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Dennis Boyle, but if the Department of the Treasury determines that Dennis Boyle does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Dennis Boyle. Any payments made shall be delivered to Steven G. Rosales.

This stipulation constitutes a compromise settlement of Dennis Boyle's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Dennis Boyle and/or Steven G. Rosales including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Steven G. Rosales and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 12, 2013     Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                            /s/ *Steven G. Rosales*
           BY:_____
                            Steven G. Rosales
                            Attorney for plaintiff Dennis Boyle

DATED: November 13, 2013     BENJAMIN B. WAGNER
                                      United States Attorney

                                        /s/ *Ben A. Porter*
                                   _____
                                   Ben A. Porter
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant Michael J. Astrue,
                                   Commissioner of Social Security
                                   (Per e-mail authorization)

## ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,400.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

  Dated:   **November 14, 2013**                  **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE